# Exhibit A

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of __Fulton__ County

| For Clerk Use Only | |
|---|---|
| Date Filed __3/8/2024__ MM-DD-YYYY | Case Number __24CV002965__ |

**Plaintiff(s)**
__Cooper, Lauren B__
Last / First / Middle I. / Suffix / Prefix

Last / First / Middle I. / Suffix / Prefix

Last / First / Middle I. / Suffix / Prefix

Last / First / Middle I. / Suffix / Prefix

**Defendant(s)**
__Delta Airlines__
Last / First / Middle I. / Suffix / Prefix

Last / First / Middle I. / Suffix / Prefix

Last / First / Middle I. / Suffix / Prefix

Last / First / Middle I. / Suffix / Prefix

Plaintiff's Attorney _____ State Bar Number _____ Self-Represented ☒

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number

_____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20



## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
### SUMMONS

Lauren Cooper

**Plaintiff,**

vs.

Delta Airlines

**Defendant**

) Case No.: 24CV002965
)
)
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

Lauren Holloway-Cooper
216 Ponte Vedra dr.
Fayetteville, GA 30215

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This __3/8/2024__ day of _____, 20 _____

Honorable Ché Alexander, Clerk of Superior Court

By _____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **LAUREN B. COOPER,** <br> Plaintiff, | ) <br> ) <br> ) Civil Action 24CV002965 <br> ) Case No. |
| vs. | ) <br> ) |
| **DELTA AIRLINES,** <br> Defendant, | ) <br> ) <br> ) |

# PETITION FOR DAMAGES PURSUANT TO FAIR CREDIT REPORTING ACT (FCRA) VIOLATION

The Plaintiff, **LAUREN HOLLOWAY**, states her claim Motion for Damages Pursuant to Fair Credit Reporting Act (FCRA) Violation as follows:

The Fair Credit Reporting Act (FCRA) is a federal law in the United States that regulates the collection, dissemination, and use of consumer information, including credit reports and background checks. In the context of a job offer being withdrawn before a background dispute is completed, the FCRA could apply in the following ways:

1. **Adverse Action Requirements:** The FCRA requires employers to follow certain procedures if they take adverse action based on information obtained from a consumer report, including background checks. Adverse action includes actions such as denying employment, rescinding a job offer, or terminating employment. Before taking adverse action, the employer must provide the applicant or employee with a pre-adverse action notice that includes a copy of the consumer report and a summary of their rights under

the FCRA. The individual must then be given a reasonable opportunity to dispute any inaccurate or incomplete information in the report.

2. **Timely Completion of Background Checks:** Employers must also comply with the FCRA's requirement to conduct background checks in a timely manner. If an employer withdraws a job offer before a background dispute is completed, they may be in violation of the FCRA's requirement to provide the individual with a reasonable opportunity to dispute any inaccurate information in the report before adverse action is taken.

3. **Accuracy and Integrity of Information:** The FCRA requires consumer reporting agencies to follow reasonable procedures to ensure the accuracy and integrity of the information they provide. If there are inaccuracies or incomplete information in the background check report that led to the withdrawal of the job offer, the employer may be in violation of the FCRA for relying on such information without giving the individual an opportunity to dispute it.

In summary, if a job offer is withdrawn before a background dispute is completed, there may be potential FCRA violations related to adverse action procedures, the timeliness of background checks, and the accuracy and integrity of the information provided in the background check report. Individuals who believe their rights under the FCRA have been violated may have legal recourse to seek damages and other remedies. It's important to consult with legal counsel knowledgeable about employment and consumer rights to assess the specific circumstances and options available.

A). On February 28, 2022, I was extended an offer of employment by Delta Airlines with a start date of March 14, contingent upon the successful completion of a background check through Cisive. However, on March 19, 2022, I received a Pre-Adverse Action Notice, triggering a dispute regarding certain information contained within the report.

B). Despite the ongoing dispute regarding my background check, Delta Airlines proceeded to withdraw the offer of employment on April 4, 2022. This action was taken without

providing me the opportunity to contest or clarify the disputed information as required by the Fair Credit Reporting Act (FCRA). Subsequently, upon resolution of the dispute, it was confirmed that my background check returned clear and accurate information, vindicating my integrity and suitability for the offered position.

C). Following this resolution, communication with Delta Airlines regarding my employment status became challenging. Despite efforts to reach Damien McGhee, Lead Recruiter, for guidance on next steps in the employment process, subsequent attempts proved unsuccessful. Ultimately, on June 13, 2022, I received notification that the position I had been offered was filled.

THEREFORE, Plaintiff requests:

a). **Compensatory Damages:** I request compensation in the amount of $51,000. For financial losses incurred as a direct result of the violation of the FCRA, including but not limited to any lost wages, benefits, or opportunities resulting from the rescinded offer of employment. Prior to resigning from my previous position to accept the offer of employment from Delta Airlines, I was earning an annual salary of $51,000, along with additional benefits such as healthcare coverage, retirement contributions, and paid time off. Unfortunately, due to the withdrawal of the job offer, I suffered significant financial losses equivalent to my previous salary and the associated benefits.

b). **Punitive Damages:** I request punitive damages in the amount of $100,000 to be awarded as a deterrent against future violations of the FCRA by Delta Airlines, as well as to punish Delta Airlines for their willful disregard of my rights under the FCRA. The withdrawal of the job offer by Delta Airlines has caused me significant financial and emotional distress. Not only did I suffer the loss of potential income amounting to $72,000, but I also experienced embarrassment, shame, undue hardship and uncertainty resulting from the breach of our agreement.

c). **Nominal Damages:** I request nominal damages in the amount that the Court may consider appropriate, as recognition of the violation of my rights under the FCRA, even though no substantial harm was suffered beyond the violation itself.

**FURTHER AFFIANT SAYETH NOT.**

This  5th  day of  March , 2024.

_____
Pro Se
LAUREN COOPER (HOLLOWAY)
~~216~~ Ponte Vedra Dr
Fayetteville, Georgia 30215
(678) 861-9446

Sworn to and subscribed before me
this  5th  day of  March , 2024.

_____
Notary Public
My Commission expires: 11/04/2025

Case 1:24-cv-01696-ELR-JKL   Document 1-1   Filed 04/19/24   Page 8 of 14

Gwinnett County Superior Court
***EFILED***LW
Date: 4/3/2024 11:45 AM
Che Alexander, Clerk
24-A-00945

Civil Action No. 24CV003965

Date Filed 3/8/24

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, Gwinnett County

Lauren - Holloway - Cooper

Attorney's Address
216 Ponte Vedra dr
Fayetteville GA, 30215

vs.

Delta Airlines

**Plaintiff**

**Defendant**

Name and Address of party to be served.
Delta Airlines
2 Sun Court Suite 400
Peachtree Corners GA, 30092

**Garnishee**

## Sheriff's Entry Of Service

**Personal ☐** I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious ☐** I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches; domiciled at the residence of defendant.

**Corporation ☒** Served the defendant _Delta Airlines_ a corporation
by leaving a copy of the within action and summons with _Alisha Smith_
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail ☐** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est ☐** Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 21 day of MAR, 2024.

K. Paul #1524
**Deputy**

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13



# Notice of Service of Process

null / ALL
Transmittal Number: 28774256
Date Processed: 03/21/2024

| | |
|---|---|
| Primary Contact: | Shannon Shaw<br>Delta Air Lines, Inc<br>1030 Delta Blvd<br>Dept 982<br>Atlanta, GA 30354-1989 |
| Electronic copy provided to: | Corena Perla<br>Meg Taylor<br>Victor Ector<br>Komal Patel<br>Andre Lecour<br>Laura Dieudonne |
| Entity: | Delta Air Lines, Inc.<br>Entity ID Number  2078129 |
| Entity Served: | Delta Airlines |
| Title of Action: | Lauren B. Cooper vs. Delta Airlines |
| Matter Name/ID: | Lauren B. Cooper vs. Delta Airlines (15458896) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Violation of State/Federal Act |
| Court/Agency: | Fulton County Superior Court, GA |
| Case/Reference No: | 24CV002965 |
| Jurisdiction Served: | Georgia |
| Date Served on CSC: | 03/21/2024 |
| Answer or Appearance Due: | 5 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Lauren Cooper (Holloway)<br>678-861-9446 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



# Notice of Service of Process

L1C / ALL
Transmittal Number: 28935809
Date Processed: 04/17/2024

| | |
|---|---|
| Primary Contact: | Shannon Shaw<br>Delta Air Lines, Inc<br>1030 Delta Blvd<br>Dept 982<br>Atlanta, GA 30354-1989 |
| Electronic copy provided to: | Corena Perla<br>Meg Taylor<br>Victor Ector<br>Komal Patel<br>Andre Lecour<br>Laura Dieudonne |
| Entity: | Delta Air Lines, Inc.<br>Entity ID Number  2078129 |
| Entity Served: | Delta Airlines |
| Title of Action: | Lauren B. Cooper vs. Delta Airlines |
| Matter Name/ID: | Lauren B. Cooper vs. Delta Airlines (15458896) |
| Document(s) Type: | Motion |
| Nature of Action: | Violation of State/Federal Act |
| Court/Agency: | Fulton County Superior Court, GA |
| Case/Reference No: | 24CV002965 |
| Jurisdiction Served: | Georgia |
| Date Served on CSC: | 04/17/2024 |
| Answer or Appearance Due: | Other/NA |
| Originally Served On: | CSC |
| How Served: | UPS |
| Sender Information: | Lauren Cooper<br>678-861-9446 |
| Notes: | Fair Credit Reporting Act violations seeking $151,000.00 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **LAUREN B. COOPER,**<br>Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action<br>) Case No. 24CV002965<br>) |
| **DELTA AIRLINES,**<br>Defendant, | )<br>)<br>) |

## MOTION TO SUPPORT PETITION FOR DAMAGES PURSUANT TO FAIR CREDIT REPORTING ACT (FCRA) VIOLATION

I, **LAUREN HOLLOWAY- COOPER**, the petitioner in the above-captioned case, respectfully submit this motion to support my petition for relief under the Fair Credit Reporting Act (FCRA) and related laws. The purpose of this motion is to provide additional information, legal arguments, and compensation requests in support of my petition.

1. The Fair Credit Reporting Act (FCRA) imposes specific requirements on employers regarding adverse action procedures, timely completion of background checks, and the accuracy and integrity of information in consumer reports.
2. On February 28, 2022, I was extended an offer of employment by Delta Airlines with a start date of March 14, contingent upon the successful completion of a background check through Cisive. However, on March 19, 2022, I received a Pre-Adverse Action Notice, triggering a dispute regarding certain information contained within the report.
3. Despite the ongoing dispute regarding my background check, Delta Airlines proceeded to withdraw the offer of employment on April 4, 2022, without providing me the

opportunity to contest or clarify the disputed information as required by the FCRA. Subsequently, upon resolution of the dispute, it was confirmed that my background check returned clear and accurate information, vindicating my integrity and suitability for the offered position.

4. Communication with Delta Airlines regarding my employment status became challenging following the resolution of the background check dispute. Despite efforts to reach Damien McGhee, Lead Recruiter, for guidance on next steps in the employment process, subsequent attempts proved unsuccessful. Ultimately, on June 13, 2022, I received notification that the position I had been offered was filled.

Summary of Legal Basis:

A). **Adverse Action Violation:** Delta Airlines failed to adhere to the adverse action requirements mandated by the Fair Credit Reporting Act (FCRA), thereby violating my rights as an applicant (15 U.S. Code § 1681b(b)(3)(A)

B). **Timeliness Breach:** Delta Airlines potentially infringed upon the FCRA's stipulation for timely completion of background checks by withdrawing the job offer prematurely (15 U.S. Code § 1681b(b)(3)(A)

C). **Absence of Final Adverse Action Notice:** Delta Airlines neglected to provide the required final adverse action letter, thus disregarding the FCRA's notification obligations (15 U.S. Code § 1681m(a)

THEREFORE, Plaintiff requests:

a). **Compensatory Damages:** I request compensation in the amount of $51,000. For financial losses incurred as a direct result of the violation of the FCRA, including but not limited to any lost wages, benefits, or opportunities resulting from the rescinded offer of employment. Prior to resigning from my previous position to accept the offer of employment from Delta Airlines, I was earning an annual

salary of $51,000, along with additional benefits such as healthcare coverage, retirement contributions, and paid time off. Unfortunately, due to the withdrawal of the job offer, I suffered significant financial losses equivalent to my previous salary and the associated benefits.

b).   **Punitive Damages:** I request punitive damages in the amount of $100,000 to be awarded as a deterrent against future violations of the FCRA by Delta Airlines, as well as to punish Delta Airlines for their willful disregard of my rights under the FCRA. The withdrawal of the job offer by Delta Airlines has caused me significant financial and emotional distress. Not only did I suffer the loss of potential income amounting to $72,000, but I also experienced embarrassment, shame, undue hardship and uncertainty resulting from the breach of our agreement.

c).   **Nominal Damages:** I request nominal damages in the amount that the Court may consider appropriate, as recognition of the violation of my rights under the FCRA, even though no substantial harm was suffered beyond the violation itself.

**FURTHER AFFIANT SAYETH NOT.**

This  28th  day of  March , 2024.

Pro Se
LAUREN COOPER
216 Ponte Vedra Dr
Fayetteville, Georgia 30215
(678) 861-9446

Sworn to and subscribed before me
this  28th  day of  March , 2024.

_____
Notary Public
My Commission expires: 02/07/2026

[Notary Seal: CHRISTIAN JACKSON, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES FEBRUARY 07, 2026]

